# U.S. District Court
## DISTRICT OF KANSAS (Wichita)
## CRIMINAL DOCKET FOR CASE #: <u>6:15−mj−06049−KGG</u> All Defendants

Case title: USA v. Russell

Other court case number: 15−cr−40024−KES−1 USDC for the Southern Division of South Dakota

Date Filed: 03/11/2015

Assigned to: Magistrate Judge Kenneth G. Gale

**Defendant (1)**

**Brandon L. Russell**  represented by  **David J. Freund**
Office of Federal Public Defender − Wichita
850 Epic Center
301 North Main Street
Wichita, KS 67202
316−269−6445
Fax: 316−269−6175
Email: <u>david_freund@fd.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Number: 17736*
*Bar Status: Active*

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

Removal of arrested defendant to the USDC for the Southern Division of South Dakota

Assigned to: Magistrate Judge Kenneth G. Gale

**Defendant (2)**

| | | |
|---|---|---|
| **Allison C. Smith** | represented by | **Cyd Gilman** |
| | | Foulston Siefkin LLP – Wichita |
| | | 1551 N Waterfront Parkway, Suite100 |
| | | Wichita, KS 67206–4466 |
| | | 316–291–9757 |
| | | Fax: 866–889–9719 |
| | | Email: cgilman@foulston.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |
| | | *Bar Number: 09942* |
| | | *Bar Status: Active* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal of arrested defendant to the USDC for the Southern Division of South Dakota | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jason W. Hart** |
| | | Office of United States Attorney – Wichita |
| | | 301 North Main Street, Suite #1200 |
| | | Wichita, KS 67202–4812 |
| | | 316–269–6684 |

Fax: 316−269−6484
Email: jason.hart2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 20276*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/11/2015 | | | ARREST (Rule 5(c)(3) Out) of Brandon L. Russell, Allison C. Smith. (aa) (Entered: 03/12/2015) |
| 03/11/2015 | 1 | 4 | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Brandon L. Russell held on 3/11/2015. The Government adopted the recommendations of Pretrial Services for release on conditions. The Defendant waived the right to an identity hearing. The Court accepted the waiver and found the Defendant to be the person named. Defendant's next appearance as directed before a judge in the charging district. (Tape #1:50−1:57.) (aa) (Additional attachment(s) added on 3/12/2015: # 1 Waiver of Rule 5, # 2 Order setting conditions, # 3 Appearance Bond) (aa). (Entered: 03/12/2015) |
| 03/11/2015 | 2 | | CJA 23 FINANCIAL AFFIDAVIT by Brandon L. Russell. (aa) (Entered: 03/12/2015) |
| 03/11/2015 | 3 | 10 | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Allison C. Smith held on 3/11/2015. The Government adopted the recommendations of Pretrial Services for release on conditions. The Defendant waived the right to an identity hearing. The Court accepted the waiver and found the Defendant to be the person named. Defendant's next appearance as directed before a judge in the charging district. (Tape #1:57−2:07.) (Attachments: # 1 Waiver of Rule 5, # 2 Order Setting Conditions, # 3 Appearance Bond) (aa) (Entered: 03/12/2015) |
| 03/11/2015 | 4 | | CJA 23 FINANCIAL AFFIDAVIT by Allison C. Smith. (aa) (Entered: 03/12/2015) |
| 03/12/2015 | 5 | 16 | ORDER APPOINTING CJA ATTORNEY as to Allison C. Smith: Appointment of Attorney Cyd Gilman. Signed by Magistrate Judge Kenneth G. Gale on 03/11/2015. (aa) (Entered: 03/12/2015) |

COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

FILED
U.S. District Court
District of Kansas

MAR 11 2015

Clerk, U.S. District Court
By: _____ Deputy Clerk

Date: 3-11-2015

Case No. 15-m-6049-01-KGG  United States v. Brandon L. Russell  Age: 23

## APPEARANCES:

**Government:** ☐ Anderson ☐ Barnett ☐ Furst ☒ Hart ☐ Jacobs ☐ Lind ☐ Metzger ☐ Smith ☐ Treaster ☐ Welch ☐ _____

**Defendant:** ☐ Failed to Appear ☒ In Person ☒ By Counsel: David Freund
☐ Retained ☐ CJA ☒ FPD

**Judge:** ☒ Gale ☐ Humphreys  **Clerk:** ☒ Carter ☐ Merseal  **Probation:** ☐ Chirinos ☐ Madden  **Interpreter:** ☐ Terri Doolittle ☐ Doug Pickarts ☐ LuAnn Rivera  ☐ Sworn ☐ Sworn ☐ Sworn ☐ Sworn

## PROCEEDINGS:

Tape No.: 1:50 - 1:57

☐ Rule 5  ☒ 5(c)(3) 7mins  ☐ Revocation  ☐ Super. Rel. Viol. ☐ Prob. Viol. ☐ Bond Viol.  ☐ Def. Arrested; Petition Unsealed

☐ Detention
☐ Preliminary Hearing  ☐ Waived
☐ Arraignment  ☐ Waived
☐ Bond Hearing  ☐ Waived Reading  ☐ Read to Defendant  ☐ Not Guilty  ☐ Guilty
☐ Change of Plea
☐ Sentencing
☐ Rule 20
☐ Other Hearing: _____

☐ Complaint  ☒ Indictment  ☐ Information
☒ No. of Counts/Viol.: 2  ☐ & Forfeiture
☒ Charges/Viol. explained to Defendant
☒ Felony ☐ Misdemeanor
☒ Defendant's constitutional rights explained
☒ Defendant sworn ☒ Examined re: financial status
☒ Counsel Appointed

☐ Defendant declined to waive Indictment
☐ Signed Waiver of Indictment
☐ Signed Consent to Proceed Before Magistrate
☐ Petition to Enter Plea filed
☐ Plea Agreement filed
☒ Advised of Rights under ☒ Rule 20 ☒ Rule 5(c)(3)
☐ Signed Consent to Transfer (Rule 20)
☒ Transfer under 5(c)(3) to: So. Div. of South Dakota
☐ P.S.I. Ordered

☒ Release Ordered  ☒ Bond fixed at: $5,000 Unsec.  ☐ Continued on present bond/conditions
☐ Temp. Detention Ordered  ☐ Detention Ordered  ☐ Remanded to Custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Government motion for detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ Defendant admitted violations as alleged in the Petition.
☒ The Government adopted the recommendations of Pretrial Services for release on conditions.
☒ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named. ~~Defendant waived right to detention hrg. in Dist. of KS. Court accepted waiver & granted Govt. motion for detention pending proceed. in charging District.~~

**Defendant's next appearance:** ☒ as directed before Judge in charging district
☐ per Scheduling Order of Judge _____
☐ on: _____ at: _____ ☐ a.m. ☐ p.m. before Judge _____
for ☐ Detention Hearing ☐ Arraignment ☐ Preliminary Hearing ☐ _____

Notes:

4

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| United States of America<br>v.<br>BRANDON L. RUSSELL<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 15-M-6049-01-KGG<br><br>Charging District's Case No.   15-40024-01 |

*FILED U.S. District Court District of Kansas MAR 11 2015 Clerk, U.S. District Court By: [signature] Deputy Clerk*

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   SOUTHERN DISTRICT OF SOUTH DAKOTA                                                                    .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11 March 2015

*Defendant's signature*

*Signature of defendant's attorney*

David J. Freund
*Printed name of defendant's attorney*

5

AO 199A (Rev. 12/11) Order Setting Conditions of Release    Page 1 of __2__ Pages

# UNITED STATES DISTRICT COURT
for the
District of Kansas

United States of America )
v. )
) Case No.   15-M-6049-01-KGG
BRANDON L. RUSSELL )
*Defendant* )

**FILED**
U.S. District Court
District of Kansas
MAR 11 2015
Clerk, U.S. District Court
By: _____ Deputy Clerk

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

    The defendant must appear at:    **UNITED STATES DISTRICT COURTHOUSE**
                                                                     *Place*

401 N. MARKET STREET, WICHITA, KANSAS

    on                         **AS DIRECTED**
                                              *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

(6) Surrender passport at initial appearance in S.D.

6

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____/s/ Brian Russell_____
Defendant's Signature

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 3/11/15

_____/s/_____
Judicial Officer's Signature

KENNETH G. GALE, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   15-M-6049-01-KGG |
| BRANDON L. RUSSELL | ) | |
| *Defendant* | ) | |

FILED
U.S. District Court
District of Kansas
MAR 11 2015
Clerk, U.S. District Court
By: _____ Deputy Clerk

## APPEARANCE BOND

### Defendant's Agreement

I,   BRANDON L. RUSSELL   *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )    to appear for court proceedings;
    ( X )    if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(  ) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of $   5,000.00   .

(  ) (3)  This is a secured bond of $ _____ , secured by:

    (  ) (a)  $ _____ , in cash deposited with the court.

    (  ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (  ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

8

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 11 March 2015

_____
*Defendant's signature*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

CLERK OF COURT

Date: 3-11-15

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 3-11-15

_____
*Judge's signature*

COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

FILED
U.S. District Court
District of Kansas

MAR 11 2015

Clerk, U.S. District Court
By: Carter Deputy Clerk

Date: 3-11-2015

Case No. 15-m-6049-02-KGG — United States v. Allison C. Smith.  Age: 27

## APPEARANCES:

Government: ☐ Anderson ☐ Barnett ☐ Furst ☒ Hart ☐ Jacobs ☐ Lind ☐ Metzger ☐ Smith ☐ Treaster ☐ Welch

Defendant: ☐ Failed to Appear ☒ In Person ☒ By Counsel: Cyd Gilman
☐ Retained ☒ CJA ☐ FPD

Judge: ☒ Gale ☐ Humphreys  Clerk: ☒ Carter ☐ Merseal  Probation: ☐ Chirinos ☐ Madden  Interpreter: ☐ Terri Doolittle ☐ Doug Pickarts ☐ LuAnn Rivera  ☐ Sworn ☐ Sworn ☐ Sworn ☐ Sworn

## PROCEEDINGS:

Tape No.: 1:57 - 2:07

☐ Rule 5  ☒ 5(c)(3)  ☐ Revocation  ☐ Super. Rel. Viol. ☐ Prob. Viol. ☐ Bond Viol.  ☐ Def. Arrested; Petition Unsealed

10 min

☐ Detention   ☐ Waived
☐ Preliminary Hearing   ☐ Waived
☐ Arraignment   ☐ Waived Reading   ☐ Read to Defendant   ☐ Not Guilty   ☐ Guilty
☐ Bond Hearing
☐ Change of Plea
☐ Sentencing
☐ Rule 20
☐ Other Hearing: _____

☐ Complaint  ☒ Indictment  ☐ Information   ☐ Defendant declined to waive Indictment
☒ No. of Counts/Viol.: 1   ☐ & Forfeiture   ☐ Signed Waiver of Indictment
☒ Charges/Viol. explained to Defendant   ☐ Signed Consent to Proceed Before Magistrate
☒ Felony ☐ Misdemeanor   ☐ Petition to Enter Plea filed
☒ Defendant's constitutional rights explained   ☐ Plea Agreement filed
☒ Defendant sworn ☒ Examined re: financial status   ☒ Advised of Rights under ☒ Rule 20 ☒ Rule 5(c)(3)
☒ Counsel Appointed   ☐ Signed Consent to Transfer (Rule 20)
☒ Transfer under 5(c)(3) to: So. Div. of South Dakota
☐ P.S.I. Ordered

☒ Release Ordered   ☒ Bond fixed at: $5,000 unsec.   ☐ Continued on present bond/conditions
☐ Temp. Detention Ordered   ☐ Detention Ordered   ☐ Remanded to Custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Government motion for detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ Defendant admitted violations as alleged in the Petition.
☒ The Government adopted the recommendations of Pretrial Services for release on conditions.
☒ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named. ~~Defendant waived right to detention hrg. in Dist. of KS. Court accepted waiver & granted Govt. motion for detention pending proceed. in charging District.~~

Defendant's next appearance: ☒ as directed before Judge in charging district
☐ per Scheduling Order of Judge _____
☐ on: ____ at: ____ ☐ a.m. ☐ p.m. before Judge _____
for ☐ Detention Hearing ☐ Arraignment ☐ Preliminary Hearing ☐ _____

Notes:

10

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas
MAR 11 2015
Clerk, U.S. District Court
By: _____ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-M-6049-02-KGG |
| ALLISON C. SMITH | ) | |
| | ) | Charging District's Case No. 15-40024-02 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* SOUTHERN DISTRICT OF SOUTH DAKOTA.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3-11-15

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

11

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                       Page 1 of __2__ Pages

# UNITED STATES DISTRICT COURT
## for the
### District of Kansas

| | |
|---|---|
| United States of America )<br>v. )<br>  )<br>ALLISON C. SMITH )<br>*Defendant* ) | Case No.   15-M-6049-02-KGG |

FILED
U.S. District Court
District of Kansas
MAR 11 2015
Clerk, U.S. District Court
By: _____ Deputy Clerk

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

  The defendant must appear at:     __UNITED STATES DISTRICT COURTHOUSE__
                                                               *Place*
  __401 N. MARKET STREET, WICHITA, KANSAS__

  on _____AS DIRECTED_____
                                                *Date and Time*

  If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

   (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  3/11/15

_____
Judicial Officer's Signature

KENNETH G. GALE, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   15-M-6049-02-KGG |
| ALLISON C. SMITH | ) | |
| *Defendant* | ) | |

FILED
U.S. District Court
District of Kansas
MAR 11 2015
Clerk, U.S. District Court
By: _____ Deputy Clerk

## APPEARANCE BOND

### Defendant's Agreement

I,   ALLISON C. SMITH   *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )   to appear for court proceedings;
( X )   if convicted, to surrender to serve a sentence that the court may impose; or
( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)   This is a personal recognizance bond.

( X ) (2)   This is an unsecured bond of $  5,000.00  .

(   ) (3)   This is a secured bond of $ _____ , secured by:

   (   ) (a)   $ _____ , in cash deposited with the court.

   (   ) (b)   the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

   _____

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   (   ) (c)   a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

   _____
   _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

14

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:
(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 3/11/15

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 3-11-15

Cassie Carter
*Signature of Clerk or Deputy Clerk*

Approved.
Date: 3/11/15

_____
*Judge's signature*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-M-6049-02-KGG |
| ) | |
| ALLISON C. SMITH ) | |
| Defendant. ) | |

### ORDER APPOINTING COUNSEL

NOW on this 11th day of March, 2015, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, hereby orders that Cyd Gilman is appointed as counsel for Allison C. Smith pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A.

This appointment is effective March 11, 2015.

S/KENNETH G. GALE
The Honorable Kenneth G. Gale
United States Magistrate Judge